# NO. 12-23-00157-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *CONNIE L. BRADLEY AND LUCAS WILLIAM BRADLEY,*<br>*APPELLANTS* | § | *APPEAL FROM THE 173RD* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *JAMES DENNIS MENIKETTI, TRUSTEE OF THE VICTOR T. MENIKETTI AND DOROTHY D. MENIKETTI TRUST,*<br>*APPELLEE* | § | *HENDERSON COUNTY, TEXAS* |

## *MEMORANDUM OPINION*
## *PER CURIAM*

This appeal is being dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b). Appellants, Connie L. Bradley and Lucas William Bradley, filed a notice of appeal on June 12, 2023. The clerk's record was filed on July 11. On July 13, we notified Appellants that the appeal would be submitted on the clerk's record alone for failure to request the record, unless proof of a written request for the record was provided by July 24. Appellants did not respond to this Court's notice or make written request for the record to the court reporter. On July 28, this Court ordered that the case be submitted on the clerk's record alone. Appellants' brief was due on or before August 28. On August 29, the Clerk of this Court notified Appellants that the brief was past due. We further notified Appellants that the appeal may be dismissed for want of prosecution unless a motion for extension of time, containing a reasonable explanation for the failure to file a brief and showing that Appellee had not suffered material injury thereby, is filed no later than September 8.

The September 8 deadline passed, and Appellants have not filed a brief, a motion for leave to file a late brief, or a motion for extension of time. Accordingly, we ***dismiss*** the appeal for ***want of prosecution***. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Opinion delivered October 6, 2023.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**OCTOBER 6, 2023**

**NO. 12-23-00157-CV**

**CONNIE L. BRADLEY AND LUCAS WILLIAM BRADLEY,**
Appellants
V.
**JAMES DENNIS MENIKETTI, TRUSTEE OF THE VICTOR T. MENIKETTI AND
DOROTHY D. MENIKETTI TRUST,**
Appellee

Appeal from the 173rd District Court

of Henderson County, Texas (Tr.Ct.No. CV18-0407-392)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed for want of prosecution.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that the appeal be, and the same is, hereby **dismissed for want of prosecution**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*

3